### LEE *v.* JOHNSON.

SIMMONS, C. J.   1. Where a negotiable instrument is transferred before its maturity, in payment of a pre-existing debt, the transferee is a holder for value, and takes the paper free from the equities existing between the original parties.   *Bond* v. *Central Bank of Georgia,* 2 *Ga.* 92; *Gibson & Rood* v. *Conner,* 3 *Ga.* 47.

2. The evidence demanded the verdict for the plaintiff, and there was no error in directing the jury so to find.

*Judgment affirmed. All the Justices concurring.*

Submitted November 10, — Decided December 8, 1899.

Complaint. Before Judge Williams. City court of Waycross. January 23, 1899.

*Leon A. Wilson,* for plaintiffs in error.